1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   JAVIER TERRONES,                    )   CASE NO. ED CV 16-2183-GHK (PJW)
                                         )
11                  Petitioner,          )   ORDER DISMISSING SECOND AND/OR
                                         )   SUCCESSIVE HABEAS CORPUS PETITION
12           v.                          )   AND DENYING CERTIFICATE OF
                                         )   APPEALABILITY
13   SHAWN HATTON, WARDEN, ET AL.,       )
                                         )
14                  Respondents.         )
                                         )
15   ────────────────────────────────────

16       Before the Court is Petitioner's second attempt to challenge his

17   2007 state convictions for first degree murder, attempted murder,

18   assault with a deadly weapon, and abusing or endangering a child.

19   His first petition was denied on the merits in June 2012. *(Terrones*

20   *v. Hedgpeth*, ED CV 11-969-GHK (PJW), June 20, 2012 Order.)  Petitioner

21   did not appeal that decision.

22       The instant petition is second and/or successive and is subject

23   to dismissal on that ground.  *See* 28 U.S.C. § 2244.  Absent an order

24   from the Ninth Circuit, Petitioner may not bring another habeas

25   petition challenging his conviction and/or sentence in this court.

26   *See* 28 U.S.C. § 2244 (b)(3)(A); *see also Burton v. Stewart*, 549 U.S.

27   147, 157 (2007) (holding district court lacks jurisdiction to consider

28   the merits of a second or successive petition absent prior authoriza-

1  tion from the circuit court).  For this reason, the Petition is

2  dismissed.

3       The Court further finds that Petitioner has not made a

4  substantial showing of the denial of a constitutional right or that

5  the court erred in its procedural ruling and, therefore, a certificate

6  of appealability will not issue in this action.  *See* 28 U.S.C.

7  § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.

8  322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

9       IT IS SO ORDERED.

10     DATED: October 21, 2016

11

12

13                                    GEORGE H. KING
                                      UNITED STATES DISTRICT JUDGE
14

15  Presented by:

16

17

18  PATRICK J. WALSH
    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28  C:\Users\imartine\AppData\Local\Temp\notesC7A056\TERRONES ED CV 16-2183 GHK (PJW) Ord dismissing Pet.wpd