Js-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER TERRONES,<br><br>        Petitioner,<br><br>    v.<br><br>SHAWN HATTON, WARDEN, ET AL.,<br><br>        Respondents. | CASE NO. ED CV 16-2183-GHK (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:    October 21, 2016

                                    GEORGE H. KING
                                    UNITED STATES DISTRICT JUDGE